UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-80229-CIV-HURLEY/ROSENBAUM

**UNITED PROPERTY & CASUALTY
INSURANCE COMPANY, et al.,**
   **Plaintiffs,**

vs.

**GENERAL ELECTRIC COMPANY, et al.,**
   **Defendants.**
_____/

### ORDER GRANTING DEFENDANTS' MOTIONS TO DISMISS

**THIS CAUSE** is before the court upon defendants General Electric Company, L.G. Electronics, U.S.A., Inc. and Home Depot U.S.A., Inc.'s motions to dismiss Count XI of the complaint [DE # 5, 7, 9]. On May 28, 2008, the court ordered plaintiffs to show cause why the motions should not be granted [DE # 19]. On June 2, 2008, plaintiffs filed a response [DE # 20] which says, in its entirety, that plaintiffs "concur that the motions are well taken." The court construes this as a statement that plaintiffs agree with defendants that Count XI should be dismissed.

Accordingly, it is hereby **ORDERED** and **ADJUDGED** that:

1. Defendants' motions to dismiss Count XI of the complaint [DE # 5, 7, 9] are **GRANTED**. Count XI of the complaint is **DISMISSED**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this _15_ day of July, 2008.

Daniel T. K. Hurley
United States District Judge

*Copies provided to counsel of record*